IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HOPEWELL CULTURE & DESIGN LLC,** | |
| PLAINTIFF, | CASE NO. 2:12-CV-694 |
| V. | [CONSOLIDATED WITH 2:12-CV-00690] |
| **VIEWSONIC CORPORATION,** | JURY TRIAL DEMANDED |
| DEFENDANT. | |

### ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Hopewell Culture & Design LLC's Motion for Dismissal of all claims with prejudice between Plaintiff, Hopewell Culture & Design LLC and Defendant, ViewSonic Corporation, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" dated May 3, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 17th day of May, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE